# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

BRAULIO THORNE, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

SILVERCREST ASSET MANAGEMENT GROUP, LLC

                Defendant.

------------------------------------ X

ORDER

21 Civ. 3559 (GBD)

GEORGE B. DANIELS, District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within forty-five (45) days.

Dated: July 14, 2021
      New York, New York

                                  SO ORDERED.

                                *George B. Daniels*
                                GEORGE B. DANIELS
                                UNITED STATES DISTRICT JUDGE